ANNA M. COOK, APPELLANT, v. CENTRAL RAILROAD COM-
PANY OF NEW JERSEY, RESPONDENT.

Submitted October 27, 1939—Decided January 25, 1940.

For the appellant, *Collins & Corbin.*

For the respondent, *William F. Hanlon.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—The Chancellor, Trenchard, Case, Donges, Perskie, Porter, Hetfield, Dear, Wells, Wolfs-Keil, Rafferty, Hague JJ. 12.

*For reversal*—None.